UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANTONIO GIAMPIETRO, | ) | Case No.: 1:06 CV 2901 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD E. GOODIN, *et al.*, | ) | ORDER TO SHOW CAUSE WHY |
| | ) | PLAINTIFF'S COMPLAINT |
| Defendants | ) | SHOULD NOT BE DISMISSED |

In light of Defendants' Request for Entry of Order of Dismissal (ECF No. 40) of Plaintiff's case because Plaintiff has failed to comply with the court's Order of December 21, 2007, the court hereby issues an Order requiring counsel for Plaintiff to show cause, in writing, by 3:00 p.m. tomorrow, January 18, 2008, why the within case should not be dismissed.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
UNITED STATE MAGISTRATE JUDGE

January 17, 2008