# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Antonio Giampietro | ) | Case No: 1:06-CV-02901 |
| | ) | |
| Plaintiff, | ) | Judge :            Solomon Oliver, Jr. |
| | ) | Magistrate Judge:  Patricia A Hemann |
| vs | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| Ronald E. Goodin, et al. | ) | |
| | ) | Randall C. Schwartz, Esq. |
| Defendants. | ) | Ohio Supreme Court #0042564 |
| | ) | 66 S. Washington Street |
| | ) | Tiffin, OH 44883 |
| | ) | (419) 447-2732 |
| | ) | |
| | ) | Co-Counsel for Plaintiff |
| | ) | Antonio Giampietro |
| | ) | |

Plaintiff, Antonio Gampietro, by and through his counsel, Randall C. Schwartz, hereby dismisses all claims against defendants, Ronald E. Goodin, Joseph A. Butler, Edward (Butch) Wilhite, Peter J. Dzugan, and the City of Crestline, Crawford County Ohio, with prejudice.

Respectfully submitted,

\_\_s/ RCSCHWARTZ_____ \_
Randall C. Schwartz, Esq.
Co-Counsel for Plaintiff

2/27/2008 - IT IS SO ORDERED.
/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE